IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01536-ZLW-CBS

SHERI BRADDOCK,

    Plaintiff,

v.

PENFORD PRODUCTS CO.,
a/k/a PENFORD FOOD INGREDIENTS CO.,
a/k/a PENFORD CORPORATION, a Delaware corporation,

    Defendant.
_____

ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulated Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the Stipulated Motion For Dismissal With Prejudice is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.

DATED at Denver, Colorado, this __23__ day of May, 2007.

                            BY THE COURT:

                            *Zita L. Weinshienk*

                         ZITA L. WEINSHIENK,  Senior Judge
                         United States District Court